# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COOPER,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN K. CHAPPELL,<br><br>　　　　　　　　　　　　Respondent. | Civil No.   12cv1232 BEN (NLS)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND** |

　　　　On May 21, 2012, Petitioner, a state prisoner, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. See Local Rule 3(a), 28 U.S.C. foll. § 2254.

　　　　Petitioner is a capital prisoner, having been sentenced to death in a California state court in 1985. See Cooper v. Brown, 565 F.3d 581 (9th Cir. 2009). The Ninth Circuit has instructed that "28 U.S.C. § 2254 is the exclusive vehicle for a habeas petition by a state prisoner in custody pursuant to a state court judgment, even when the petitioner is not challenging his underlying state court conviction." White v. Lambert, 370 F.3d 1002, 1009-10 (9th Cir. 2004), overruled on other grounds by Hayward v. Marshall, 603 F.3d 546, 554 (9th Cir. 2010).

1 | Therefore, Petitioner may not proceed under § 2241, but may only proceed with a habeas action
2 | in federal court under 28 U.S.C. § 2254.

3 | Moreover, even if Petitioner were able to proceed in this Court under § 2241, such an
4 | action would be subject to dismissal for lack of jurisdiction because the named respondent, the
5 | Warden of San Quentin prison, where Petitioner is presently confined, is not located within the
6 | Southern District of California. See Dunne v. Henman, 875 F.2d 244, 248 (9th Cir. 1989)
7 | (district court lacks jurisdiction to consider § 2241 petition if custodian is outside district).

8 | Accordingly, this case is **DISMISSED** without prejudice and without leave to amend.

9 | **IT IS SO ORDERED.**

10 | DATED: May 24, 2012

_____
Hon. Roger T. Benitez
United States District Judge